UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WILLIAM BROWN,

        Plaintiff,

vs.

PHIL WOWAK,

        Defendant.

No. C 13-4979 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. In the initial review order the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: January 28, 2014.

        PHYLLIS J. HAMILTON
        United States District Judge

G:\PRO-SE\PJH\CR.13\Brown4979.dis-fta.wpd